

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00332-CV

**CITY OF EAGLE PASS**,
Appellant

v.

Apolonio & Maria Delma **DELGADO**,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 19-04-37176-MCV
Honorable Maribel Flores, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellant to pay the costs of this appeal.

SIGNED May 3, 2023.

_____
Beth Watkins, Justice